UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NASEER BAHADURI,

     Plaintiff,

                                        Case No. 1:25-cv-1297

v.

                                        Hon. Hala Y. Jarbou

KRISTI NOEM, et al.,

     Defendants.

_____/

**ORDER**

    In accordance with the opinion entered this date:

    **IT IS ORDERED** that Defendants' motion to dismiss (ECF No. 8) is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff's complaint is dismissed only insofar as it requests mandamus relief; Plaintiff's claim under the Administrative Procedure Act survives.

Dated: March 31, 2026                /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE