UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NASEER BAHADURI,

     Plaintiff,

                                    Case No. 1:25-cv-1297

v.

                                      Hon. Hala Y. Jarbou

KRISTI NOEM, et al.,

     Defendants.

_____/

## <u>ORDER TO SHOW CAUSE</u>

On March 31, 2026, this Court issued an Opinion and Order regarding Defendants' Motion to Dismiss (ECF Nos. 17, 18). Under the Federal Court Rules, Defendants had fourteen (14) days to file a responsive pleading. Fed. R. Civ. P. 12(a)(4). To date, no responsive pleading has been filed.

Defendants shall **SHOW CAUSE** in writing why the Court should not enter a default against Defendants for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a).

Should Defendants wish to file a responsive pleading, they must file a motion seeking an extension of time under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, which provides that a court may extend the time to act after the deadline has expired, but only because of excusable neglect. *See Nafziger v. McDermott Int'l, Inc.*, 467 F.3d 514, 522 (6th Cir. 2006). The proposed responsive pleading must be attached to the motion seeking an extension of time. *See* W.D. Mich. LCivR 5.7(f).

The response to this Show Cause Order, and any motion seeking an extension of time to file a responsive pleading, must be filed no later than **June 17, 2026**.

**IT IS SO ORDERED**.

Dated: June 3, 2026                          /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             CHIEF UNITED STATES DISTRICT JUDGE