UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NASEER BAHADURI,

       Plaintiff,

v.

KRISTI NOEM, et al.,

       Defendants.

_____/

Case No. 1:25–cv–01297–HYJ–RSK

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Defendant's Response to the Order to Show Cause (ECF No. 22) and Motion to File Answer (ECF No. 24), **IT IS ORDERED** that Defendant's motion (ECF No. 24) is **GRANTED**. The Clerk of Court is directed to accept Defendant's answer (ECF No. 24–1) for filing.

IT IS SO ORDERED.

Dated:  June 17, 2026

    /s/ Hala Y. Jarbou_____
HALA Y. JARBOU
Chief United States District Judge