UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NASEER BAHADURI,

          Case No. 1:25-cv-1297

      Plaintiff,                  Chief Judge Hala Y. Jarbou
                                     U.S. District Court Judge

v.

MARKWAYNE MULLIN, et al.

      Defendants.

_____/

## STIPULATED ORDER FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff and Defendants, by and through their respective counsel, stipulate to a 14-day brief extension of the time for Defendants to issue a final adjudication of Plaintiff's application for asylum.  Defendants state the following in support of the stipulation:

1.     Plaintiff Naseer Bahaduri filed a Writ of Mandamus and Injunctive on October 25, 2025, seeking to compel the United States Citizenship and Immigration Services (USCIS) to issue a decision on his asylum application filed on January 30, 2023, and where he was interviewed on March 10, 2023 and April 11, 2024.

2.     Defendants filed a motion to dismiss which was denied in part and granted in part on March 31, 2026.

3.     Pursuant to the March 31, 2026 Order, Plaintiff's claim for unreasonable delay under the Administrative Procedure Act (APA) remains.

4.     The Parties are set to file cross motions for summary judgment on the APA claim on July 10, 2026.

1

5.      In the intervening time, the Policy Memorandum ("PM") 602-0192 Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications filed by Aliens from High-Risk Countries, USCIS PM-602-0192.2 is no longer a factor in preventing USCIS from adjudicating Mr. Bahaduri's application in light of the court's decision in *Dorcas International Institute of Rhode Island v. USCIS*, ___ F. Supp. 3d ___, 2026 WL 1622708 (D.RI June 11, 2026), which  vacated the underlying policy.  *See* https://www.uscis.gov/sites/default/files/document/policy-manual-updates/20251127-Discretion.pdf (last visited July 8, 2026).

6.      Accordingly, USCIS is working diligently to complete this adjudication as soon as possible but needs additional time to complete the remaining adjudication steps.  USCIS's decision would render further proceedings in this case unnecessary.

7.      Counsel for Defendants conferred with Counsel for Plaintiff on July 8, 2026, regarding this extension, which counsel for Plaintiff does not oppose.

8.      This extension is not sought to delay, but for good cause and is in the best interests of the Parties and the Court.

9.      Accordingly, the Parties stipulate to extend the deadline for cross motions for summary judgment by 14 days, from July 10, 2026 to July 24, 2026.

//

//

//

2

**SO STIPULATED:**

Dated:  July 8, 2026

/s/ *Sherry D. Soanes*
SHERRY D. SOANES
Trial Attorney
450 5th Street N.W.
Washington, D.C. 20001
(202) 353-5930
sherry.soanes@usdoj.gov
Attorney for Defendants

Dated: July 8, 2026

/s/ *Russell R. Abrutyn* (with consent 7/8/2026)
RUSSELL R. ABRUTYN
Abrutyn Law, PLLC
15944 W 12 Mile
Southfield, MI 48076
(248) 965-9440
russell@abrutyn.com
Attorney for Plaintiff

**IT IS SO ORDERED:**

Dated:   July 9, 2026

 /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

3