UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NASEER BAHADURI,

     Plaintiff,

                                      Case No. 1:25-cv-1297

v.

                                      Hon. Hala Y. Jarbou

MARKWAYNE MULLIN, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 30),

**IT IS ORDERED** that this action is **DISMISSED** without prejudice.  Each party shall

bear its own costs.

Dated: July 23, 2026                    /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE